UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER JAY SANCHEZ,

       Plaintiff,

  v.

KAREN BRUNSON *et al.*,

       Defendants.

Case No. C08-5461RJB/JKA

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiffs' motion asking for leave to amend the complaint (Dkt # 8). Plaintiff does not provide a copy of a proposed amended complaint but indicates he wishes to "drop" three of the defendants as his "security issues" have been addressed. This leaves issues surrounding Eighth Amendment claims for failure to protect if the court is properly interpreting the complaint (Dkt # 5).

Defendants who have been served have indicated they have no opposition to the motion to amend (Dkt # 9). Further, a plaintiff may amend his complaint once as a mater of course without leave of court. See, Fed. R. Civ. P. 15 (a).

Plaintiff's motion to file an amended complaint is **GRANTED.** The amended complaint will act as a complete substitute for the original. Plaintiff must file a copy of the amended complaint and serve a copy on counsel for defendants who have appeared, Douglas Carr, Assistant Attorney General.

ORDER
Page - 1

| | |
|---|---|
| 1 | Plaintiff will have until **October 24, 2008,** to file and serve the amended complaint. The clerk's |
| 2 | office is directed to send a copy of this order to plaintiff and counsel for defendants who have appeared. |
| 3 | |
| 4 | |
| 5 | DATED this 25 day of September, 2008. |
| 6 | |
| 7 | |
| 8 | /S/ *J. Kelley Arnold*<br>J. Kelley Arnold<br>United States Magistrate Judge |