UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER JAY SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KAREN BRUNSON et al.,<br><br>    Defendants. | Case No. C08-5461RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DISMISSING CASE |

This matter comes before the court on the Report and Recommendation of the magistrate judge. Dkt. 33. The court has considered the relevant documents and the remainder of the file herein.

On June 16, 2009, U.S. Magistrate Judge J. Richard Creatura, issued a Report and Recommendation, recommending that defendants' motion for summary judgment be granted and that the case be dismissed with prejudice. Dkt. 33.

Plaintiff has not filed objections to the Report and Recommendation. The court concurs with the conclusions of the magistrate judge. Defendants' motion for summary judgment (Dkt. 32) should be granted, and the case should be dismissed with prejudice.

Therefore, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. 33) is **ADOPTED**. Defendants' motion for summary judgment (Dkt. 32) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

1 | The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
2 | party appearing *pro se* at said party's last known address.

DATED this 29th day of July, 2009.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge