# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER JAY SANCHEZ

JUDGMENT IN A CIVIL CASE

v.

KAREN BRUNSON el al

CASE NUMBER: C08-5461RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. that the Report and Recommendation (Dkt. 33) is **ADOPTED.**

2. Defendants' motion for summary judgment (Dkt. 32) is **GRANTED.**

3. This case is **DISMISSED WITH PREJUDICE.**


July 30, 2009                BRUCE RIFKIN
                                                                      Clerk

                                                              */s/ Jennie L. Patton*
                                                                 By Deputy Clerk